IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN CARTY | : | CIVIL ACTION |
| v. | : | |
| JAMES E. CLARK, et al. | : | NO. 11-6083 |

## ② ORDER

AND NOW, this 13 day of July, 2012, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

## ORDERED ①

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion to Enforce Settlement (Doc. 16) (the "Motion") is **GRANTED IN PART**, such that defendants shall immediately release the $90,000 escrow funds to plaintiff;

3. The Motion is **DENIED IN PART**, with respect to plaintiff's request for sanctions and attorney fees; and

4. Defendants shall pay any interest assessed by Medicare if plaintiff does not repay Medicare in full by June 29, 2012 as a result of defendants' delay in releasing the escrow funds.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

① No objections were filed.